# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0454.  GARY LEWIS v. THE STATE.**

Gary Lewis was serving a probated sentence imposed by Judge T. Jackson Bedford, Jr.  Following the alleged commission of a new offense, the state sought to revoke his probation.  A hearing was held, and on May 17, 2012, a different judge entered an order revoking one year of probation.  On June 6, 2012, Judge Bedford entered an order vacating the revocation order and requiring Lewis to be returned for a second revocation hearing.  Lewis filed this discretionary application seeking to appeal the June 6 order.

Because Lewis's probation revocation remains pending below, the order that Lewis wishes to appeal is interlocutory in nature.  A party seeking appellate review from an interlocutory order must follow the interlocutory appeal procedure, which requires a certificate of immediate review from the trial court and compliance with requisite time limitations.  See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  OCGA § 5-6-35, which governs discretionary appeal procedure, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey*, supra.  Accordingly, Lewis's failure to comply with the proper appeal procedure deprives us of jurisdiction, and this application for discretionary appeal is thus DISMISSED.[1]

---

[1] After the trial court enters a final revocation order, Lewis may file a discretionary application seeking to appeal both that order and the June 6, 2012 order vacating the prior revocation ruling.  See, e. g., OCGA § 5-6-34 (d).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/26/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*